IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRYAN KEYLO WILLIAMS                                                             PLAINTIFF

      v.                                   CIVIL NO. 09-5035

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                    DEFENDANT

## MEMORANDUM OPINION

      Presently before the court is plaintiff's motion to dismiss. (Doc. # 7). Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) finding that plaintiff was not entitled to a period of disability, disability benefits, or supplemental security income under Titles II and XVI of the Social Security Act. In his motion to dismiss, plaintiff stated that he moves to voluntarily withdraw his Complaint. (Doc. # 7). Plaintiff's motion is hereby granted and the clerk is ordered to dismiss plaintiff's Complaint.

      IT IS SO ORDERED this 29th day of June 2009.

      /s/ *J. Marschewski*
      HON. JAMES R. MARSCHEWSKI
      UNITED STATES MAGISTRATE JUDGE